NO. _____

| | | |
|---|---|---|
| LEROY FLORES ALANIZ | § | IN THE COURT OF |
| | § | |
| vs. | § | CRIMINAL APPEALS, |
| | § | |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

MOTION FOR SUSPENSION OF RULE 68.11, TEX. R. APP. P.

TO THE HONORABLE COURT OF CRIMINAL APPEALS AND JUDGES THEREOF:

COMES NOW, Leroy Flores Alaniz, Appellant pro se, and respectfully moves the Court to exercise its authority granted by Rule 2, Tex. R. App. P., to suspecd operation of Rule 68.11, Tex. R. App. P., in this case. In support thereof, Appellant would show the following:

FILED IN
COURT OF CRIMINAL APPEALS
SEP 25 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 25 2015
Abel Acosta, Clerk

I.

1. Appellant is petitioning the Court for discretionary review of the Eleventh Court of Appeals' decision affirming the judgement of conviction and sentence entered against Appellant in Trial No. D-37,921, State v. Alaniz, 358th District Court of Ector County, Texas (COA No. 11-12-00352-CR).

2. Rule 68.11, Tex. R. App. P., requires that, in addition to the service required by Rule 9.5, Tex. R. App. P., Appellant must also serve an additional copy of the petition to the State Prosecuting Attorney.

3. As a prisoner confined in the Texas Department of Criminal Justice-Correctional Institutions Division, does not have access to photocopying equipment and thus does not have the means by which to make multiple copies in order to make the

required service upon the State Prosecuting Attorney.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays the Honorable Court grants this motion and suspends operation of Rule 38.11, supra, in this case.

Respectfully submitted,

Leroy Flores Alaniz
TDCJ No. 1826767
French M. Robertson Unit
12071 FM 3522
Abilene, TX 79601

Appellant, pro se

## UNSWORN DECLARATION

I, Leroy Flores Alaniz, TDCJ No. 1826767, being presently incarcerated at the French M. Robertson Unit of the Texas Department of Criminal Justice-Correctional Institutions Division, Located in Jones County, Texas, hereby declare under penalty of perjury that the foregoing is true and correct, and placed in the outgoing prison mailbox on this the 23 day of September, 2015, to be mailed U.S. Mail, first-class postage prepaid, addressed to:

Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711-2308

EXECUTED on this the 23 day of September, 2015.

Leroy Flores Alaniz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been duly served upon counsel for the opposing party to this case on the _23_ day of September, 2015, by placing same in the outgoing prison mailbox to be mailed U.S. Mail, first-class postage prepaid, addressed to:

Michael Bloch
Assistant District Attorney
Ector County Courthouse
300 N. Grant, Room 305
Odessa, Texas, 79761

Leroy Flores Alaniz

3